FILED
CLERK, U.S. DISTRICT COURT

FEB - 1 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVONTA LAMAR FARLEY,<br><br>Defendant. | Case No. 21-MJ-533<br><br>ORDER OF DETENTION |

I.

On February 1, 2021, Defendant made his initial appearance in this district on the criminal complaint filed in the Northern District of California. Deputy Federal Public Defender Jelani Lindsey was appointed to represent Defendant. A detention hearing was held.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Defendant's use of aliases

☒ Prior probation violations and failure to appear

As to danger to the community:

☒ Allegations in the criminal complaint, circumstances of arrest involved fleeing from law enforcement, and prior felony convictions for burglary in 2015 and 2016, receiving stolen property in 2015, and numerous law enforcement contacts from 2006-2021.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the Eastern District of Virginia for further proceedings. <u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the charging district regarding Defendant's next scheduled appearance, and the status of defendant's transportation to, and arrival in, the charging district for his next appearance.</u>

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in

1 | which defendant is confined will deliver the defendant to a United States Marshal
2 | for the purpose of an appearance in connection with a court proceeding.
3 | [18 U.S.C. § 3142(i)]

Dated: February 1, 2021

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE